777.  ELBERTON GROCERY COMPANY v. FIRST NATIONAL BANK

OF WACO, TEXAS.

POWELL, J.  This case is controlled by the decision in the case of *Fourth
  National Bank* v. *Mayer,* 89 *Ga.* 108(3) (14 S. E. 891). The title to
  the property, the proceeds of which were the subject-matter of the
  garnishment, passed to the claimant prior to the service of the garnish-
  ment, and no phase of the law of innocent purchaser is involved.   See
  also *Askew.* v. *So. Ry. Co.,* 1 *Ga. App.* 77 (58 S. E. 242), and cit.

*Judgment affirmed.*

Certiorari, from Elbert superior court—Judge Holden.  Sep-
tember 12, 1907.

Submitted December 17, 1907.—Decided January 15, 1908.

*Z. B. Rogers,* for plaintiff.  *W. D. Tutt,* for defendant.